# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

AUG 0 1 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17CR68 |
| | ) | |
| | ) | **SUPERSEDING** |
| | ) | **BILL OF INDICTMENT** |
| VS. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 875(c) |
| | ) | |
| MOLLY PRICE, | ) | |
| a/k/a "Fruitwalker," | ) | |
| Defendant. | ) | |
| _____ | ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 27th day of April 2017, in Rutherford County, within the Western District of North Carolina, and elsewhere, the defendant

MOLLY PRICE
a/k/a "Fruitwalker"

did knowingly and willfully transmit in interstate and foreign commerce communications containing threats to kidnap and injure another person, those being electronic communications transmitted via the internet containing threats to kill women and children in a day care center in Forest City, North Carolina, and did transmit such

communications for the purpose of issuing a threat, and with knowledge that the communications would be viewed as a threat.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____

DON GAST
ASSISTANT UNITED STATES ATTORNEY

DANIEL V. BRADLEY
ASSISTANT UNITED STATES ATTORNEY