UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:17CR68 |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | |
| JOHN PATRICK PRICE, | ) | |
| a/k/a MOLLY PRICE, | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Western District of North Carolina hereby moves to dismiss the Bill of Indictment in the above captioned case without prejudice.

Respectfully submitted this the 26th day of October, 2017.

JILL WESTMORELAND ROSE
United States Attorney

s/Daniel V. Bradley
Assistant United States Attorney
I.L. Bar No. 6318397
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
E-mail: daniel.bradley@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that I have this day served a copy of the above upon the defendant by ECF to the counsel of record, John Parke Davis at jp_davis@fd.org

 This the 26th day of October, 2017.

                 s/Daniel V. Bradley
                 Assistant United States Attorney