UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00068-MOC-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN PATRICK PRICE, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss (#45) is GRANTED, and this action is dismissed without prejudice.

Signed: October 27, 2017

Max O. Cogburn Jr.
United States District Judge